D.I. #_____

# CIVIL ACTION
# NUMBER: 06 CV 619 GMS

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

                    OFFICIAL USE

Postage              $  303
Certified Fee           240              NOV 20 2006
Return Receipt Fee      185              Postmark Here
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $  7.28

Sent To     LOREN MEYERS
            DEPUTY ATTORNEY GENERAL
Street, Apt. No.;  DEPARTMENT OF JUSTICE      06-619
or PO Box No.      820 N. FRENCH STREET
City, State, ZIP+4 WILMINGTON, DE 19801        GMS

PS Form 3800, June 2002      See Reverse for Instructions
```

Tracking: 7005 1820 0004 3169 6022