United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 06-619 GMS

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.



| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _Kelly Van Slo_ ☐ Agent ☐ Addressee <br> B. Received by (*Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to: <br><br> LOREN MEYERS <br> DEPUTY ATTORNEY GENERAL <br> DEPARTMENT OF JUSTICE <br> 820 N. FRENCH STREET <br> WILMINGTON, DE  19801 <br><br> 06-619 GmS | D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No |
| | 3. Service Type <br> ☐ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☐ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. <br> 4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number <br> (*Transfer from service label*) | 7005 1820 0004 3169 6022 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

FILED

NOV 24 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE