IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JAMAH K. GROSVENOR**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-619-GMS |
| | : | |
| **THOMAS CARROLL**, Warden, | : | |
| and **JOSEPH R. BIDEN, III**, Attorney | : | |
| General of the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file an answer to the petition. In support thereof, respondents state the following:

1. The petitioner, Jamah K. Grosvenor, has applied for federal habeas relief, challenging his December 2002 conviction by guilty plea in Delaware Superior Court to two counts of first degree robbery and one count of possession of a firearm during the commission of a felony. D.I. 1. By the terms of the Court's order, the answer is due to be filed on February 9, 2007.

2. Counsel has been, and continues to be, diligently working on numerous cases before this Court and the state courts. Counsel presented argument in the Third Circuit last week and she filed an answer in another federal habeas case today. Although work on the answer in this case is substantially complete, more time is needed to finalize the answer and have it reviewed in the ordinary course of business.

3. Under Habeas Rule 4, the Court has the discretion to give respondents an extension of time exceeding the 40-day limit in Civil Rule 81(a)(2). *Clutchette v. Rushen*, 770 F.2d 1469, 1473-

74 & n.4 (9th Cir. 1985); *Kramer v. Jenkins*, 108 F.R.D. 429, 431-32 (N.D. Ill. 1985). The comment to Rule 4 expressly states that the district court has "the discretion to take into account various factors such as the respondent's workload" in determining the period of time that should be allowed to answer the petition.

    4.    This is respondents' second request for an extension of time in this case.

    5.    Respondents submit that an extension of time to and including February 16, 2007, in which to file an answer is reasonable. Respondents submit herewith a proposed order.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759

DATE: February 9, 2007

## RULE 7.1.1 CERTIFICATION

  I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

                 <u>/s/ Elizabeth R. McFarlan</u>
                 Deputy Attorney General

                 Counsel for Respondents

Date:  February 9, 2007

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **JAMAH K. GROSVENOR**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-619-GMS |
| | : | |
| **THOMAS CARROLL**, Warden, | : | |
| and **JOSEPH R. BIDEN, III**, Attorney | : | |
| General of the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**ORDER**

This _____ day of _____, 2007,

WHEREAS, respondents having requested an extension of time in which to file an answer, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before February 16, 2007.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2007, I electronically filed a motion for extension of time with attachment with the Clerk of Court using CM/ECF. I also hereby certify that on February 9, 2007, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

Jamah K. Grosvenor
SBI No. 367677
Delaware Correctional Center
1181 Paddock road
Smyrna, DE 19977

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us