IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JAMAH K. GROSVENOR**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-619-GMS |
| | : | |
| **THOMAS C. CARROLL**, | : | |
| Warden, and **JOSEPH R. BIDEN, III**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

    a. Appellant's Notice of Appeal (No. 348, 2005)

    b. Order (October 31, 2005) (No. 348, 2005)

    c. Appellant's Opening Brief (No. 61, 2006)

    d. State's Motion to Affirm (No. 61, 2006)

    e. Order (June 26, 2006) (No. 61, 2006).

/s/ Elizabeth R. McFarlan
Deputy Attorney General (Del. Bar. ID #. 3759)
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
elizabeth.mcfarlan@state.de.us

February 16, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2007, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on February 16, 2007, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Jamah K. Grosvenor
    SBI No. 367677
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us