**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **JAMAH K. GROSVENOR**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-619-GMS |
| | : | |
| **THOMAS C. CARROLL**, | : | |
| Warden, and **JOSEPH R. BIDEN, III**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**MOTION FOR EXTENSION OF TIME TO FILE**
**A PORTION OF CERTIFIED STATE COURT RECORDS**

1.     The petitioner, Jamah K. Grosvenor, has applied for federal habeas relief, challenging his December 2002 conviction by guilty plea in Delaware Superior Court to two counts of first degree robbery and one count of possession of a firearm during the commission of a felony.  D.I. 1.  The undersigned filed an answer to the petition on February 16, 2007.

2.     By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's appeal.  The undersigned has filed the Delaware Supreme Court records in two cases (Nos. 348, 2005 & 61, 2006) today.

3.     However, when prosecutors attempted to obtain the certified copies of the documents in No. 141, 2004, the Clerk of the Delaware Supreme Court was unable to locate the file.  As soon the Clerk can locate the file and prosecutors have an opportunity to photocopy them, the undersigned will promptly provide the certified copies to the Court.  Respondents reasonably anticipate that the records can be located and retrieved by March 16, 2007.

4.     Respondents submit that an extension of time to March 17, 2007 in which to file certified state court records in Delaware Supreme Court No. 141, 2004 in this case is reasonable. Respondents submit herewith a proposed order.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

Date: February 16, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JAMAH K. GROSVENOR**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-619-GMS |
| | : | |
| **THOMAS C. CARROLL**, | : | |
| Warden, and **JOSEPH R. BIDEN, III**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

## ORDER

This _____day of _____, 2007,

WHEREAS, respondents having requested an extension of time in which to file certified state court records in Delaware Supreme Court No. 141, 2004, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records referenced above shall be filed on or before March 16, 2007.


_____

United States District Judge

## RULE 7.1.1 CERTIFICATION

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.


/s/ Elizabeth R. McFarlan
Deputy Attorney General

Counsel for Respondents



Date:  February 16, 2007

# CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2007, I electronically filed this motion for extension of time to file certified state court records and attachments with the Clerk of Court using CM/ECF. I also hereby certify that on February 16, 2007, I have mailed by United States Service, two copies of the same documents to the following non-registered participant:

> Jamah K. Grosvenor
> SBI No. 367677
> Delaware Correctional Center
> 1181 Paddock Road
> Smyrna, DE 19977

> /s/ Elizabeth R. McFarlan
> Deputy Attorney General
> Department of Justice
> 820 N. French Street
> Wilmington, DE 19801
> (302) 577-8500
> Del. Bar. ID No. 3759
> elizabeth.mcfarlan@state.de.us